# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| | Judge James F. Holderman |
| This Document Relates To: | Magistrate Judge Sidney Schenkier |
| *SonicWALL, Inc., v. Innovatio IP Ventures, LLC*, Case No. 12-cv-426 (originally 11-cv-00920 (D. Del. 2011)) | |

## ORDER DISMISSING DEFENDANT SONICWALL INC.

Before the Court is Plaintiff Innovatio IP Ventures LLC ("Innovatio") and Defendant SonicWALL Inc.'s ("SonicWALL") Stipulation and Joint Motion to Dismiss with Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) Subject to the terms of the Confidential License And Settlement Agreement between Innovatio and SonicWALL, all claims here at issue between Innovatio and SonicWALL, including all claims presented by Innovatio's complaints and all of SonicWALL's counterclaims, shall be and are dismissed with prejudice; and

(2) Innovatio and SonicWALL each shall bear their own costs and attorneys' fees.

So **ORDERED** and **SIGNED** this 12th day of December, 2013.

_____
HON. JAMES F. HOLDERMAN
UNITED STATES DISTRICT JUDGE